No. 90–7969. WOLFENBARGER v. KANSAS DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES. C. A. 10th Cir. Certiorari denied.

No. 90–7974. KOH v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 90–7978. OWENS v. JACOBS, CHAIRMAN, PENNSYLVANIA BOARD OF PROBATION AND PAROLE. C. A. 3d Cir. Certiorari denied.

No. 90–7984. WIGHTMAN v. MORALES, ATTORNEY GENERAL OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 90–7985. TWYMAN v. GIDDENS. Sup. Ct. Ala. Certiorari denied.

No. 90–7990. ANDERSON v. LEHR ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–8013. EDGEMON v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 90–8015. ZATKO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 90–8024. JOST v. OREGON ET AL. (two cases). C. A. 9th Cir. Certiorari denied.

No. 90–8029. PORTER v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 90–8030. JOHNSON v. LONGVIEW INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–8043. HUMPHREY v. TATE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–8045. GRAY v. DEANDA, JUDGE, UNITED STATES DISTRICT COURT, ET AL. C. A. 5th Cir. Certiorari denied.